U.S. Department of Justice
United States Attorney

FILED IN OPEN COURT
U.S.D.C. - Atlanta

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

APR 2 8 2016

Division: Atlanta
(USAO: 2012R00803)

JAMES N. HATTEN, Clerk
By: PAM   Deputy Clerk

DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

1:16-CR-145

| | |
|---|---|
| COUNTY NAME: Fulton | DISTRICT COURT NO.<br>MAGISTRATE CASE NO.  UNDER SEAL |
| X Indictment<br>DATE: April 28, 2016 | Information<br>DATE: |
| | Magistrate's Complaint<br>DATE: |

UNITED STATES OF AMERICA

vs.

NICHOLAS EVANS

SUPERSEDING INDICTMENT
Prior Case Number:
Date Filed:

GREATER OFFENSE CHARGED: X Felony  Misdemeanor

**Defendant Information:**

Is the defendant in custody?   Yes   X No
Will the defendant be arrested pending outcome of this proceeding?   X Yes   No
Is the defendant a fugitive?   Yes   X No
Has the defendant been released on bond?   Yes   X No

Will the defendant require an interpreter?   Yes   X No

District Judge:

Attorney: Kim S. Dammers and Ryan Buchanan
Defense Attorney: